```
UNITED STATES DISTRICT COURT      03/23/90           DKT #: 4:89CV0416
SOUTH DAKOTA (0869)
SIOUX FALLS DIVISION                                 PAGE 1
                           CURRY V US DEPT. OF AGRICULTURE
------------------------------------------------------------------------
  JOHN B. JONES   (6907)
------------------------------------------------------------------------
Filed : 12/22/89    NOS : 891    Origin : 1    Jury Demand:    Demand  : 0

County: 46127       Juris: 3     Rule 23:       Dversity(P):   Dversity(D):

                                                Fee Type   :   Fee Status :


5 USC 702 - APPEAL FROM ADMINISTRATIVE DECISION

Remarks:

------------------------------------------------------------------------
                                PARTIES

P  1) CURRY, TOM                       P  2) DAKOTA EASTERN LTD.
P  3) HALL, RAYMOND                    P  4) HECKATHORN FARMS, INC.
P  5) JERVIK, CURT                     P  6) KJOSE, DENNIS
P  7) LARSEN, DAVID                    P  8) LARSEN, MORRIS
P  9) LARSEN, TODD                     P 10) LYKKEN, ELDEAN
P 11) O'CONNOR, DAN                    P 12) O'CONNOR, KELLY
P 13) QUAM, BURNETTE                   P 14) QUAM, MARK
P 15) WAGNER, LYLE

D 16) AGRICULTURE, US DEPT. OF

------------------------------------------------------------------------
         PARTY                                    ATTORNEY

P  1) CURRY, TOM
                                        VANPATTEN, JONATHAN K.
                                        USD, SCHOOL OF LAW
                                        408 E. MAIN STREET
                                        VERMILLION, SD. 57069
                                        Phone: 677-5361           Id: 1704


P  2) DAKOTA EASTERN LTD.
                                        VANPATTEN, JONATHAN K.


P  3) HALL, RAYMOND
                                        VANPATTEN, JONATHAN K.


P  4) HECKATHORN FARMS, INC.
                                        VANPATTEN, JONATHAN K.


P  5) JERVIK, CURT
                                        VANPATTEN, JONATHAN K.


P  6) KJOSE, DENNIS
                                        VANPATTEN, JONATHAN K.
```

```
UNITED STATES DISTRICT COURT          03/23/90                    DKT #: 4:89CV04160
SOUTH DAKOTA (0869)
SIOUX FALLS DIVISION                                              PAGE 2
                              CURRY V US DEPT. OF AGRICULTURE
-------------------------------------------------------------------------------
          PARTY                                    ATTORNEY

P  7) LARSEN, DAVID
                                         VANPATTEN, JONATHAN K.


P  8) LARSEN, MORRIS
                                         VANPATTEN, JONATHAN K.


P  9) LARSEN, TODD
                                         VANPATTEN, JONATHAN K.


P 10) LYKKEN, ELDEAN
                                         VANPATTEN, JONATHAN K.


P 11) O'CONNOR, DAN
                                         VANPATTEN, JONATHAN K.


P 12) O'CONNOR, KELLY
                                         VANPATTEN, JONATHAN K.


P 13) QUAM, BURNETTE
                                         VANPATTEN, JONATHAN K.


P 14) QUAM, MARK
                                         VANPATTEN, JONATHAN K.


P 15) WAGNER, LYLE
                                         VANPATTEN, JONATHAN K.


D 16) AGRICULTURE, US DEPT. OF
                                         ULRICH, JOHN J.
                                         PO BOX 1073
                                         SIOUX FALLS, SD. 57101
                                         Phone: 330-4395                Id: 1432


***
```

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 89-4160 |
|---|---|---|
| Tom Curry, et al | United States Department of Agriculture | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12/22/89 | 1 | PETITION For Review of Order of the U. S. Dept. of Agriculture |
| 1990 | | |
| 1/12/90 | 2 | CIVIL Cover Sheet |
| 1/12/90 | | Issuing Summons and handed 3 true copies to Jonathan K. Van Patten for service |
| 2/1/90 | 3 | NOTICE AND ACKNOWLEDGEMENT of Receipt of Summons and Petition of Order of the United States Department of Agriculture |
| 2/1/90 | 4 | SUMMONS (service completed) |
| 3-23-90 | 5 | ANSWER |
| 6/25/90 | 6 | MOTION by Defendant USA for Summary Judgment w/Administrative Record (Administrative Record not fastened in) |
| 6/25/90 | 7 | MEMORANDUM of Defendant USA in Support of Motion for Summary Judgment |
| 9/11/90 | 8 | ORDER Fixing Briefing Schedule and Hearing Date (oral argument, 12/10/90 at 10:30 a.m.) (dktd 9/11/90) |
| 9/11/90 | | Notice of Entry mailed Jonathan K. Van Patten and delivered U. S. Attorney |
| 10-16-90 | 9 | BRIEF of Petitioners in Response to Motion for Summary Judgment |
| 10-16-90 | 10 | CERTIFICATE of Service by Petitioners |
| 11/15/90 | 11 | Defendant's MEMORANDUM in Response to Petitioner's Brief in Response to Motion for Summary Judgment |
| 11/19/90 | 12 | CERTIFICATE OF SERVICE |
| 12/10/90 | 13 | MINUTES - Enter Oral Argument before the Honorable JOhn B. Jones, Sioux Falls (Court will take case under advisement) |
| 1991 | | |
| 2/22/91 | 14 | MEMORANDUM OPINION and ORDER affirming respondent's decision on the Jervik and Wagner claims and reversing respondent's decision to establish separate corn and soybean funds (dktd 2/22/91) |
| 2/22/91 | | Correct copy entered in 1991 SDOB, Page 36 |
| 2/22/91 | | Notice of Entry mailed Jonathan K. Van Patten, Peter Bonner and delivered Ted L. McBride |
| 2/22/91 | 15 | JUDGMENT affirming respondent's decision on the Jervik and Wagner claims and reversing respondent's decision to establish separate corn and soybean funds (dktd 2/22/91) |
| 2/22/91 | | Correct copy entered in 1991 SDOB, Page 38. |
| 2/22/91 | | Notice of Entry mailed Jonathan K. Van Patten, Peter Bonner and delivered Ted L. McBride |